998

No. 808, Misc. RUSSELL v. MAXWELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 822, Misc. HOBBS v. MARYLAND. C. A. 4th Cir. Certiorari denied.

No. 826, Misc. HENSLEY v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 827, Misc. MEYES v. CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 828, Misc. ROBINSON v. NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 830, Misc. BROWN v. ZUCKERT, SECRETARY OF THE AIR FORCE, ET AL. C. A. 7th Cir. Certiorari denied. *Fleetwood M. McCoy, William R. Ming, Jr.,* and *Ellis E. Reid* for petitioner. *Solicitor General Marshall* for respondents.

No. 832, Misc. JEFFERSON v. McGEE ET AL. C. A. 9th Cir. Certiorari denied.

No. 835, Misc. ROSS v. CALIFORNIA ET AL. Sup. Ct. Cal. Certiorari denied.

No. 839, Misc. GRENFELL v. GLADDEN, WARDEN. Sup. Ct. Ore. Certiorari denied.

No. 843, Misc. SMITH v. ELLINGTON ET AL. C. A. 6th Cir. Certiorari denied. *John S. Wrinkle* for petitioner. *W. D. Spears* for Ellington, and *Richmond M. Flowers,* Attorney General of Alabama, and *Robert P. Bradley,* Assistant Attorney General, for Patterson et al., respondents.